# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>　　Latasha Shanee Crawford<br><br>　　　　Debtor(s) | Case No. 14 B 05688 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 02/21/2014.

　　2)　The plan was confirmed on 04/29/2014.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/29/2014.

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on 02/24/2015.

　　5)　The case was Dismissed on 03/24/2015.

　　6)　Number of months from filing to last payment: 12.

　　7)　Number of months case was pending: 15.

　　8)　Total value of assets abandoned by court order:  NA .

　　9)　Total value of assets exempted:  NA .

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $5,049.33 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $5,049.33

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,358.04 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $165.43 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,523.47

Attorney fees paid and disclosed by debtor:   $100.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 775258 S Racine120418 W 78TH | Unsecured | 2,681.00 | NA | NA | 0.00 | 0.00 |
| A All Financial Services | Unsecured | 150.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| A All Financial Services | Unsecured | 0.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 576.00 | 575.72 | 575.72 | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 0.00 | 400.00 | 400.00 | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 293.00 | 203.95 | 203.95 | 0.00 | 0.00 |
| Bank of America | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Cerastes | Unsecured | 100.00 | 980.00 | 980.00 | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 4,000.00 | 3,969.50 | 3,969.50 | 0.00 | 0.00 |
| CNAC of Chicago Inc | Secured | 8,689.00 | 8,518.62 | 8,518.62 | 3,218.69 | 307.17 |
| CNAC of Chicago Inc | Unsecured | 0.00 | 8,518.62 | 8,518.62 | 0.00 | 0.00 |
| Comcast | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 729.00 | 729.79 | 729.79 | 0.00 | 0.00 |
| D Freeney Enterprises | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 12,835.00 | 13,124.49 | 13,124.49 | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 2,726.00 | 1,033.39 | 1,033.39 | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 0.00 | 1,611.84 | 1,611.84 | 0.00 | 0.00 |
| Express Cash Mart | Unsecured | 0.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| First Bank of Delaware | Unsecured | 802.00 | NA | NA | 0.00 | 0.00 |
| Great Seneca Financial Corp. | Unsecured | 1,960.00 | NA | NA | 0.00 | 0.00 |
| IBF Property Management | Unsecured | 1,212.00 | NA | NA | 0.00 | 0.00 |
| IL Dept Of Healthcare & Family Services | Priority | 104.00 | 10,028.66 | 10,028.66 | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 100.00 | 310.37 | 310.37 | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Illinois Dept Human Services | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 1,500.00 | 996.00 | 996.00 | 0.00 | 0.00 |
| Illinois Dept of Revenue | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Lending Corporation | Unsecured | 400.00 | 409.46 | 409.46 | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 500.00 | 492.47 | 492.47 | 0.00 | 0.00 |
| Internet Express | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Jefferson Capital Systems LLC | Unsecured | 100.00 | 194.70 | 194.70 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 480.00 | 480.00 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 1,496.56 | 1,496.56 | 0.00 | 0.00 |
| MSCB INC | Unsecured | 872.00 | NA | NA | 0.00 | 0.00 |
| NCEP LLC | Unsecured | 12,150.00 | 20,630.25 | 20,630.25 | 0.00 | 0.00 |
| Okinus Inc | Unsecured | 0.00 | 815.84 | 815.84 | 0.00 | 0.00 |
| Opportunity Financial LLC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Opportunity Financial LLC | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 100.00 | 370.22 | 370.22 | 0.00 | 0.00 |
| Police Department | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 461.00 | 460.85 | 460.85 | 0.00 | 0.00 |
| Progressive Finance | Unsecured | NA | 1,470.48 | 1,470.48 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | NA | 520.00 | 520.00 | 0.00 | 0.00 |
| Rent A Center | Unsecured | 1,567.00 | NA | NA | 0.00 | 0.00 |
| Secretary of State | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| University OF Phoenix | Unsecured | 774.00 | NA | NA | 0.00 | 0.00 |
| US Cellular Corporation | Unsecured | 1,317.00 | NA | NA | 0.00 | 0.00 |
| Wow Cable | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,518.62 | $3,218.69 | $307.17 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$8,518.62** | **$3,218.69** | **$307.17** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $10,028.66 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $492.47 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$10,521.13** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$60,202.03** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,523.47 |
| Disbursements to Creditors | $3,525.86 |
| **TOTAL DISBURSEMENTS** : | **$5,049.33** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/26/2015                                  By: /s/ Marilyn O. Marshall
                                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**